# United States Court of Appeals for the Federal Circuit

February 15, 2008

<u>ERRATA</u>

**Appeal No. 2006-5142**

<u>PENNZOIL-QUAKER STATE COMPANY V. UNITED STATES</u>

Decided: January 8, 2008                                 Precedential Opinion

On Page 1, line 38, insert a footnote after "July 27, 2006," that states:

> On appeal, the government does not dispute the trial court's entry of judgment in favor of Quaker in the amounts of $254,401 for tax year 1996 and $1,907,545 for tax year 1997.  Accordingly, that portion of the trial court's judgment is affirmed.

On Page 2, line 5, replace "We reverse" with "We reverse in part."

On Page 15, line 21, replace "**<u>REVERSED</u>**" with "**<u>REVERSED IN PART</u>**."

On Page 15, line 23, insert "Costs to appellant."